FILE COPY



**CHIEF JUSTICE**
JAMES T. WORTHEN

**JUSTICES**
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

**CLERK**
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/14/2015 2:34:23 PM

FILED FOR RECORD

CATHY S. LUSK
Clerk

At _____ o'clock __.m.

JUL 1 3 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

July 10, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
\* DELIVERED VIA E-MAIL \*

**RE:**   Case Number:                12-12-00312-CV
         Trial Court Case Number:    3-41481

**Style:**   Gerald K. Johnson
         v.
         Frederick M. Evans and Christine G. Evans

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C Gerald K. Johnson (DELIVERED VIA E-MAIL)
C Mr. Stephen Evans (DELIVERED VIA E-MAIL)
:

Mandate executed on ___13___ day of ___July___, 2015.

Brief explanation of action taken: *filed in the papers of the cause*

*Janice G. Staples* _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us